# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| HEATHER A. WERT,<br>Plaintiff, | Case No. 1:17-cv-477<br>Barrett, J.<br>Litkovitz, M.J. |
| vs. | |
| COMMISSIONER OF<br>SOCIAL SECURITY,<br>Defendant. | **REPORT AND**<br>**RECOMMENDATION** |

This matter is before the Court on the parties' joint Stipulation to Award Equal Access to Justice Act ("EAJA") Fees, 28 U.S.C. § 2412. (Doc. 29). The parties have stipulated and petitioned the Court to award attorney fees in the amount of $2,422.50 and costs in the amount of $400.00 in full satisfaction and settlement of any and all claims plaintiff may have under the EAJA in the above case. The parties have stipulated that the award will satisfy all of plaintiff's claims for fees, costs and expenses under 28 U.S.C. § 2412 in this case. The parties acknowledge that any fees and expenses paid belong to plaintiff and not her attorney and can be offset to satisfy any pre-existing debt that plaintiff owes the United States under *Astrue v. Ratliff,* 560 U.S. 586 (2010). The parties further stipulate that after the Court enters this award, if counsel for the parties can verify that plaintiff owes no pre-existing debt subject to offset, defendant agrees to direct that the award be made payable to plaintiff's attorney pursuant to an EAJA assignment duly signed by plaintiff and her counsel.

**IT IS THEREFORE RECOMMENDED THAT** the parties' joint stipulation to award EAJA fees (Doc. 29) be **GRANTED** and that plaintiff be awarded attorney fees and costs in the amount of $2,822.50.

Date: 12/6/18

Karen L. Litkovitz
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| HEATHER A. WERT<br>Plaintiff, | Case No. 1:17-cv-477<br>Barrett, J.<br>Litkovitz, M.J. |
| vs. | |
| COMMISSIONER OF<br>SOCIAL SECURITY,<br>Defendant.. | **REPORT AND<br>RECOMMENDATION** |

**NOTICE TO THE PARTIES REGARDING THE FILING OF OBJECTIONS TO R&R**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas* v. *Arn,* 474 U.S. 140 (1985); *United States* v. *Walters,* 638 F.2d 947 (6th Cir. 1981).