UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Heather A. Wert,

    Plaintiff,

        v.                      Case No. 1:17cv477

Commissioner of Social Security,        Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on December 6, 2018 (Doc. 30).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 30) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 30) of the Magistrate Judge is hereby **ADOPTED**. The parties' joint Stipulation to Award Equal Access to Justice Act Fees (Doc. 29) is **GRANTED**. Accordingly, the stipulated amount of attorney fees of $2,422.50 and costs in the amount of $400.00 is a total award of $2,822.50.

**IT IS SO ORDERED.**

                                        *s/Michael R. Barrett*
                                        Michael R. Barrett, Judge
                                        United States District Court