**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Heather A. Wert,

    Plaintiff,

        v.                          Case No. 1:17cv477

Commissioner of Social Security,        Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 26, 2020 (Doc. 45).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 45) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 45) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, plaintiff's Motion for Attorney Fees (Doc. 40) under the Social Security Act, 42 U.S.C. § 406(b), is **GRANTED** and counsel is **AWARDED** attorney fees in the amount of $10,536.57.[1]

**IT IS SO ORDERED.**

                                                /s/ *Michael R. Barrett*
                                                Michael R. Barrett, Judge
                                                United States District Court

---

[1] As noted by the Magistrate Judge, counsel has acknowledged that any award of fees under § 406(b) must be offset by the previous award of Equal Access to Justice Act ("EAJA") fees (*see* Doc. 31) in the amount of $2,422.50. Thus, if paid to counsel, the $2,422.50 EAJA fee must be refunded to plaintiff.